UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTO VALENZUELA ARIAS, EDSON LOUIS, JOB VELASQUEZ ESTRADA,

                      Petitioners,

    -against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigration and Customs Enforcement; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

                      Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2020

20 Civ. 2802 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is ORDERED that the parties shall appear for a telephonic hearing on Petitioners' application for a Temporary Restraining Order, ECF No. 3, on **April 9, 2020**, at **1:00 p.m.** The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      At the hearing, the parties should be prepared to discuss:

(1) The current conditions of Petitioners' confinement, including the scope and effectiveness of any safety measures being taken by jail staff;

(2) The appropriate conditions of release for each Petitioner should the Court determine that they are entitled to relief, taking into account their individual circumstances and criminal history, if any; and

(3) Any measures that should be taken to protect public health if Petitioners are released, in light of the spread of COVID-19 at the Essex County Jail.

      SO ORDERED.

Dated: April 8, 2020
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge