USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SANTO VALENZUELA ARIAS, EDSON LOUIS, JOB VELASQUEZ ESTRADA,

                    *Petitioners*,

        -against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

                    *Respondents*.

20 Civ. 2802 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 10, 2020, the Court granted Petitioners' application for a temporary restraining order, ECF No. 3, and directed the parties to propose reasonable conditions of release for Petitioners Santo Valenzuela Arias and Edson Louis by 12:00 p.m. on April 11, 2020. Such conditions must address, but are not limited to:

1. The place where each Petitioner will reside upon his release;

2. Any travel restrictions that should be imposed;

3. Whether home confinement is recommended, and, if so, the specific enforcement mechanisms to ensure compliance; and

4. Whether location monitoring is recommended, and, if so, the specific technology and plan for supervision for each Petitioner.

      The parties shall also advise the Court whether any of Petitioners' prior legal proceedings have resulted in an order of protection or liberty restriction, and propose a mechanism by which the Court can hold a video conference in which Petitioners can participate personally, either prior to or immediately upon their release.

      SO ORDERED.

Dated: April 10, 2020
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge