| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>SANTO VALENZUELA ARIAS, EDSON LOUIS, JOB VELASQUEZ ESTRADA,<br><br>         *Petitioners*,<br><br>-against-<br><br>THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,<br><br>         *Respondents*. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/11/2020<br><br><br>20 Civ. 2802 (AT)<br><br>**<u>ORDER</u>** |

ANALISA TORRES, District Judge:

  On April 10, 2020, the Court granted Petitioners' application for a temporary restraining order, ECF No. 3, and directed the parties to propose reasonable conditions of release for Petitioners. Having reviewed the parties' proposed conditions, it is ORDERED that Respondents and the Essex County Correctional Facility shall release Edson Louis no later than **April 12, 2020**, at **6:00 p.m.** Mr. Louis shall be released on the following conditions:

1. Petitioner shall reside at the address provided in the parties' joint submission to the Court on April 11, 2020;

2. Petitioner shall be placed on home incarceration—the strictest form of home confinement—and may leave his home only for necessary medical services, and with the prior permission of Immigrations and Customs Enforcement ("ICE");

3. Petitioner shall be subject to electronic location monitoring by ICE in the following manner:

   a. ICE shall affix to Petitioner a GPS bracelet (model ET1, LOC8, or LOC8XT) immediately upon his release, which must be utilized in tandem with a beacon placed in the Petitioner's residence, installed within 24 hours of his release—Respondents shall inform the Court upon the beacon's installation;
   b. Petitioner must charge and wear the bracelet;

c. ICE must review the GPS mapping activity to verify that Petitioner's movements are consistent with this order;
   d. ICE must be available at all times—24/7—to receive notice of, and address any violations of, home incarceration or equipment-related issues;
   e. ICE must investigate any tampering or attempted tampering with the location monitoring equipment, and within 24 hours, must inform the Court of its findings;
   f. Respondents shall within 24 hours bring to the Court's attention and to the attention of Petitioner's counsel any violation of these conditions by sending an email to chambers ([Torres_NYSDChambers@nysd.uscourts.gov](mailto:Torres_NYSDChambers@nysd.uscourts.gov)), and indicating whether a particular course of action is requested;

4. Petitioner shall be subject to telephonic monitoring by ICE;

5. Petitioner shall provide ICE with a working telephone number at which he may be reached;

6. Petitioner shall comply with all national, state, local, and Centers for Disease Control and Prevention guidelines and orders regarding COVID-19;

7. Petitioner shall not leave the State of Delaware except with prior permission from ICE;

8. Petitioner shall not commit a federal, state, or local crime;

9. Petitioner shall appear for any court hearings at which his presence is required, including proceedings before an immigration judge;

10. Within 72 hours of his release, Petitioner shall participate personally in a conference with the Court using video conferencing software. Counsel for Petitioner shall confer with chambers with respect to arranging such a conference.

SO ORDERED.

Dated: April 11, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge