```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
SANTO VALENZUELA ARIAS, EDSON
LOUIS, JOB VELASQUEZ ESTRADA,

                          *Petitioners*,

          -against-

THOMAS DECKER, in his official capacity as
Director of the New York Field Office of U.S.
Immigrations & Customs Enforcement; and
CHAD WOLF, in his official capacity as Acting
Secretary, U.S. Department of Homeland
Security,

                          *Respondents*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2020

20 Civ. 2802 (AT)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2020

20 Civ. 2802 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On April 10, 2020, the Court granted Petitioners' application for a temporary restraining order, ECF No. 3, and directed the parties to propose reasonable conditions of release for Petitioners. Having reviewed the parties' proposed conditions, it is ORDERED that Respondents and the Essex County Correctional Facility shall release Santo Valenzuela Arias by **9:00 p.m. today**. Mr. Valenzuela Arias shall be released on the following conditions:

1. Petitioner shall reside at the address provided in the parties' joint submission to the Court on April 11, 2020;

2. Petitioner shall comply with all national, state, local, and Centers for Disease Control and Prevention guidelines and orders regarding COVID-19;

3. Petitioner shall not leave the State of New Jersey except with prior permission from Immigrations and Customs Enforcement ("ICE");

4. Petitioner shall be subject to telephonic monitoring by ICE;

5. Petitioner shall be subject to electronic location monitoring by ICE via ankle bracelet;

6. Petitioner shall provide ICE with a working telephone number at which he may be reached;

7. Petitioner shall not commit a federal, state, or local crime; and

8. Petitioner shall appear for any court hearings at which his presence is required, including proceedings before an immigration judge.

SO ORDERED.

Dated: April 11, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge