```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
SANTO VALENZUELA ARIAS, EDSON LOUIS,
JOB VELASQUEZ ESTRADA,

                              Petitioners,
         -against-

THOMAS DECKER, in his official capacity as Director of
the New York Field Office of U.S. Immigration and Customs
Enforcement; CHAD WOLF, in his official capacity as
Acting Secretary, U.S. Department of Homeland Security,

                              Respondents.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2020

20 Civ. 2802 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is ORDERED that Petitioner Edson Louis and his counsel shall appear for a hearing via videoconference on **April 14, 2020**, at **11:00 a.m.**

The hearing will be conducted over Zoom. The meeting information is as follows:

Topic: 20cv2802, Edson Louis v. Decker et al., Hearing Upon Release
Time: Apr 14, 2020 11:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us04web.zoom.us/j/77889750947

Meeting ID: 778 8975 0947

SO ORDERED.

Dated: April 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge