UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SANTO VALENZUELA ARIAS, EDSON LOUIS, JOB VELASQUEZ ESTRADA,

       *Petitioners*,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

       *Respondents*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2022__

20 Civ. 2802 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed Edson Adolphe Louis and Santo Valenzuela Arias' ("Petitioners") letter requesting modification of their conditions of release, ECF No. 43, and the Respondents' letter taking no position on that request, ECF No. 45. Accordingly, Petitioners' request is GRANTED, and their conditions of release are modified as follows:

1. The Court's April 11, 2020 order setting Petitioner Louis' conditions of release is modified to remove the condition of home incarceration, which required Petitioner Louis to leave his home only for necessary medical services and with the prior permission of Immigration and Customs Enforcement ("ICE"). *See* ECF No. 20 ¶ 2.

2. The Court's April 11, 2020 order setting Petitioner Valenzuela Arias' conditions of release, as amended on December 28, 2020, is modified to remove the condition of electronic location monitoring by ICE via ankle bracelet. *See* ECF No. 21 ¶ 5; *see also* ECF No. 40.

SO ORDERED.

Dated: July 8, 2022
New York, New York

                   _____
                     ANALISA TORRES
                     United States District Judge